JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Plaintiff Jule Timothy McCormick ;
2 Citizen of Another State; North Carolina
**County of Residence:** Outside This District

Additional Plaintiff(s):
Plaintiff Jack Lee Smith ;
2 Citizen of Another State; North Carolina

Tara Smith ;
2 Citizen of Another State; North Carolina

### Defendant(s):

First Listed Defendant:
Defendant Break the Floor Productions, LLC ;
2 Citizen of Another State; New York
**County of Residence:** Outside This District

Additional Defendants(s):
Victor Espinal ;
2 Citizen of Another State; New York

**County Where Claim For Relief Arose:** Cooper County

### Plaintiff's Attorney(s):

Attorney for Plaintiffs Amy Collignon Gunn (Jule McCormick)
The Simon Law Firm PC
800 Market Street, Suite 1700
St Louis, Missouri 63101
**Phone:** 314-241-2929
**Fax:** 314-241-2029
**Email:** agunn@simonlawpc.com

Attorney for Plaintiffs Elizabeth S Washam (Tara Smith)
The Simon Law Firm, PC
800 Market Street, Suite 1700
St Louis, Missouri 63101
**Phone:** 314-241-2929
**Fax:** 314-241-2029
**Email:** ewasham@simonlawpc.com

### Defendant's Attorney(s):

Attorney for Defendants Daniel T Rabbitt ( Break the Floor Productions, LLC)
The Rabbitt Law Firm, LLC
231 South Bemiston, Suite 1200
St Louis, Missouri 63105
**Phone:** 314-881-6600
**Fax:** 314-881-6611
**Email:** rabbitt@rabbittlawfirm.com

Attorney for Defendants John H Marshall (Victor Espinal)
The Rabbitt Law Firm, LLC
231 South Bemiston, Suite 1200
St Louis, Missouri 63105
**Phone:** 314-881-6600
**Fax:** 314-881-6611
**Email:** marshall@rabbittlawfirm.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** 2 Citizen of Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Cooper County

    **State Removal Case Number:** 16CO-CC00044

**Nature of Suit:** 350 Motor Vehicle Personal Injury

**Cause of Action:** Plaintiffs are citizens of North Carolina; Defendants are citizens of New York. Jurisdiction by virtue of 28 USCA 1332

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 75001

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Daniel T. Rabbitt

**Date:** 11/04/2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.