UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JULE TIMOTHY MCCORMICK | ) | |
| JACK LEE SMITH AND | ) | |
| TARA SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Cause No: |
| | ) | |
| BREAK THE FLOOR PRODUCTIONS | ) | Cooper Co Cause No: 16CO-CC00044 |
| LLC, AND VICTOR ESPINAL, | ) | |
| | ) | **Defendant Demands Trial By Jury** |
| Defendants. | ) | |

## *SEPARATE ANSWER OF DEFENDANT*
## *BREAK THE FLOOR PRODUCTIONS, LLC*

Comes now defendant Break the Floor Productions, LLC and for its Answer to Plaintiffs' Complaint (Petition) states as follows:

1. Admit.

2. Admit.

3. Admit.

4. Deny for lack of knowledge.

5. Admit.

6. Admit.

7. Admit and further states that venue in the District is proper as Cooper County is within the District.

8. Admit.

9. Admit.

10. Admit.

11. Admit only that the tractor was owned by Ryder Truck Rental, Inc.

12. Admit.

13. Admit.

14. Admit only that a collision occurred in the westbound lanes of I-70.

15. Admit.

16. Admit.

17. No knowledge.

18. Deny.

19. Deny.

## COUNT I

20. This defendant makes the same Answer to paragraphs 1-19 as it did above.

21. Admit as did any person driving on the highways of Missouri like plaintiff McCormick.

22. and a.-f.  Deny.

23. Deny.

24. Deny.

25. Deny.

## COUNT II

26. This defendant makes the same Answer to paragraphs 1-26 (25) as it did above.

27. Admit as did any person driving on the highways of Missouri like plaintiff McCormick.

28. and a.-f.  Deny.

29. Deny.

30. Deny.

31. Deny.

## COUNT III

32. This defendant makes the same Answer to paragraphs 1-31 as it did above.

33. Admit as did plaintiff McCormick.

34. and a.-f.      Deny.

35. Deny.

36. Deny.

37. Deny.

## COUNT IV

38. This defendant makes the same Answer to paragraphs 1-37 as it did above.

39. Admit as did plaintiff McCormick.

40. and a.-f.      Deny.

41. Deny.

42. Deny.

43. Deny.

## COUNT V

This defendant makes the same Answer to paragraphs 1-43 as it did above.

44. Deny for lack of knowledge

45. Deny for lack of knowledge.

46. Deny.

WHEREFORE, having fully answered defendant Break the Floor Productions, LLC prays to be dismissed with its costs.

**DEFENDANT DEMANDS TRIAL BY JURY**

/s/ Daniel T. Rabbitt

———————————————————————

Daniel T. Rabbitt #18652MO
John H. Marshall #24422MO
THE RABBITT LAW FIRM, LLC
Attorneys for Defendants
231 South Bemiston, Suite 1200
St. Louis, Missouri 63105
314-881-6600
314-881-6611 (Fax)
rabbitt@rabbittlawfirm.com

Copy of the foregoing served via the Court's electronic filing system this 4th day of November, 2016 to Ms. Amy Collignon Gunn, Ms. Elizabeht S. Washam, Attorneys for Plaintiffs, 800 Market Street, Suite 1700, St. Louis, MO 63101 agunn@simonlawpc.com and ewasham@simonlawpc.com.

/s/ Daniel T. Rabbitt

———————————————————

Daniel T. Rabbitt