IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JULE TIMOTHY McCORMICK, JACK LEE SMITH & TARA SMITH<br><br>Plaintiffs,<br><br>vs.<br><br>BREAK THE FLOOR PRODUCTIONS, LLC, et. al.,<br><br>Defendants. | Case No. 16-04288-CV-C-NKL |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Jule McCormick, Jack Smith and Tara Smith, and Defendants, Break the Floor Productions, LLC and Victor Espinal, (collectively the "parties") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims between the parties in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 13, 2017

**Respectfully submitted,**

By: /s/ Elizabeth S. Washam
Amy Collignon Gunn #45016 MO
Elizabeth S. Washam #68469 MO
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
agunn@simonlawpc.com
ewasham@simonlawpc.com
*Attorneys for Plaintiffs*

and

1

By: /s/ Daniel T. Rabbitt
Daniel T. Rabbitt, #18652 MO
John H. Marshall, #24422 MO
THE RABITT LAW FIRM, LLC
231 S. Bemiston, Ste. 1200
St. Louis, Missouri 63105
314-881-6600
314-881-6611 (Fax)
rabbitt@rabbittlawfirm.com
marshall@rabbittlawfirm.com
*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 13th day of February, 2017 via the Court's CM/ECF system.

/s/ Daniel T. Rabbitt